68120. GABLE v. PEOPLES FINANCIAL CORPORATION OF GAINESVILLE.

CARLEY, Judge.

Defendant-appellant seeks to appeal from the *denial* of his motion for summary judgment. "[T]he defendant obtained a certificate of immediate review from the trial judge within 10 days of the denial of his motion for summary judgment in accordance with [OCGA § 5-6-34 (b)]. However, the defendant *failed* to apply to and obtain an order from this court granting an appeal. It is, therefore, premature. [Cits.]" (Emphasis in original.) *Hargraves v. Turner,* 160 Ga. App. 807 (287 SE2d 664) (1982).

*Appeal dismissed. Quillian, P. J., and Birdsong, J., concur.*

DECIDED APRIL 12, 1984.

*G. Donald Pulliam,* for appellant.
*W. Christopher Bracken,* for appellee.